STATE of Missouri, Respondent,

v.

Keith Duane MACK, Appellant.

Keith Duane MACK, Appellant.

v.

STATE of Missouri, Respondent.

Nos. WD 49072, WD 51075.

Missouri Court of Appeals,
Western District.

March 19, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 30, 1996.

Application to Transfer Denied
June 25, 1996.

Jeannie Arterburn, Asst. Appellate Defender, K.C., for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and BERREY
and LAURA DENVIR STITH, JJ.

### ORDER

*PER CURIAM.*

Appeal from jury conviction of second degree felony murder, § 565.021.1(2), RSMo 1986, as well as denial of Rule 29.15 motion.

Affirmed. Rules 30.25(b) and 84.16(b).